**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

     IT APPEARING THAT case number 25-cv-07486 was electronically opened in error, therefore

     IT IS HEREBY ORDERED that the assignment of 25-cv-07486 shall be vacated and that case number 25-cv-07486 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*[signature]*
Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 11th day of August 2025.